# ALABAMA COURT OF CRIMINAL APPEALS



August 16, 2024

**CR-2023-0294**
Kathy Marie Dean v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-21-544)

## <u>NOTICE</u>

You are hereby notified that on August 16, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk